■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES COLLINS, Appellant. [46 NYS3d 427]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Balter, J.), imposed November 13, 2014, upon remittitur from this Court for resentencing after modification (*see People v Collins*, 119 AD3d 956 [2014]) reducing his conviction of robbery in the first degree, upon a jury verdict, to a conviction of robbery in the first degree (*see People v Collins*, 119 AD3d 956 [2014]).

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v*

*Delgado*, 80 NY2d 780 [1992]; *People v Suitte*, 90 AD2d 80 [1982]). Leventhal, J.P., Sgroi, LaSalle and Barros, JJ., concur.